IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.    CRIMINAL NO. 1:18-cr-156-LG-JCG

MICHAEL ANTHONY HERRERA

## ORDER

**BEFORE THE COURT** is the Unopposed Motion [ECF No.101] of the Government to allow the parties to review the Objection to Presentence Investigation Report along with Attachments [ECF No. 70].

The Objection to Presentence Investigation Report along with Attachments [ECF No. 70] should be made a restricted document and viewable by counsel.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Unopposed Motion [ECF. No.101] to View Sealed Documents is **GRANTED**.

**SO ORDERED AND ADJUDGED** this the 26th day of February, 2021.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge